BK16753 PGS 929 - 932 12/23/2013 01:04:34 PM
INSTR#: 2013061234 DEBRA ANDERSON
RECEIVED YORK SS REGISTER OF DEEDS

# Assignment of Mortgage

Recording requested by: LSI
When recorded return to:
----> Custom Recording Solutions
5 Peters Canyon Road, Ste. 200
Irvine, CA 92606
(800) 756-3524 ext. 5011

CRS Order No.: 1792082
Loan No.:



After Recording Return To:
PEIRSONPATTERSON, LLP
ATTN: RECORDING DEPT.
13750 OMEGA ROAD
DALLAS, TX 75244-4505
800-899-9027

———————————— [Space Above This Line For Recording Data] ————————————

Loan No.:

# MAINE ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") does hereby grant, sell, assign, transfer and convey, unto Bayview Loan Servicing, LLC, (herein "Assignee"), whose address is 4425 PONCE DE LEON BLVD, CORAL GABLES, FL 33146, all beneficial interest under a certain Mortgage dated October 14, 2005 and recorded on October 27, 2005, made and executed by CRAIG L. JACOBSEN, WHO ACQUIRED TITLE AS CRAIG JACOBSEN, upon the following described property situated in YORK County, State of Maine:

Property Address: 259 CAT MOUSAM RD, KENNEBUNK, ME 04043

such Mortgage having been given to secure payment of One Hundred Thirty Eight Thousand Five Hundred Sixty Two and 00/100ths ($138,562.00), which Mortgage is of record in Book, Volume, or Liber No. 14649, at Page 0863-0882 (or as No. 2005064728), in the Register of Deeds of YORK County, State of Maine.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on
12/07/2013.



Assignor:
JPMorgan Chase Bank, National Association,
successor in interest by purchase from the Federal
Deposit Insurance Company as Receiver of
Washington Mutual Bank F/K/A Washington Mutual
Bank, FA

By: _____
        Melinda J. Craft

Its: _____Vice President_____

## ACKNOWLEDGMENT

State of Louisiana

Parish of **Ouachita**

On this **7th** day of **December 2013**, before me appeared **Melinda J. Craft**, to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the **Vice President**, of JPMorgan Chase Bank, National Association, successor in interest by purchase from the Federal Deposit Insurance Company as Receiver of Washington Mutual Bank F/K/A Washington Mutual Bank, FA, and that the seal affixed to said instrument is the corporate seal of said national association and that the instrument was signed and sealed on behalf of the national association by authority of its board of directors and that **Melinda J. Craft** acknowledged the instrument to be the free act and deed of the national association.

Signature of Person Taking Acknowledgment

**TOMMIE J. NELSON**
Printed Name

**Notary Public**
Title or Rank

Serial Number, if any: 067566

My Commission Expires: Life

(Seal)