```
BK17302     PGS 198 - 198    08/19/2016 10:43:40 AM
INSTR#: 2016034914           DEBRA ANDERSON
RECEIVED YORK SS             REGISTER OF DEEDS
E-RECORDED
```

Recording Requested By:
M&T BANK

When Recorded Return To:

M&T BANK
ATTN: ASSIGNMENTS
P.O. BOX 1288
BUFFALO, NY 14240

 = redacted information

## CORPORATE ASSIGNMENT OF MORTGAGE

York, Maine
SELLER'S SERVICING #: ▓▓▓▓   "JACOBSEN"
SELLER'S LENDER ID#: ▓▓▓▓

Date of Assignment: May 16th, 2016
Assignor: BAYVIEW LOAN SERVICING, LLC at 4425 PONCE DE LEON BLVD., CORAL GABLES, FL 33146
Assignee: at FEDERAL HOME LOAN MORTGAGE CORPORATION at 8200 JONES BRANCH DRIVE, MCLEAN, VA 22102

Executed By: CRAIG L JACOBSEN, WHO ACQUIRED TITLE AS CRAIG JACOBSEN To: WASHINGTON MUTUAL BANK, FA
Date of Mortgage: 10/14/2005 Recorded: 10/27/2005 in Book/Reel/Liber: 14649 Page/Folio: 0863 as Instrument No.: 2005064728 in the County of York, State of Maine.

Property Address: 259 CAT MOUSAM RD, KENNEBUNK, ME 04043

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $138,562.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

BAYVIEW LOAN SERVICING, LLC
On 5/16/16

By: _____ Jocelin Maurilus
    Assistant Vice President

STATE OF Florida
COUNTY OF Miami-Dade

On 5/16/16, before me, Heather Castiglione _____, a Notary Public in and for miami-dade _____ in the State of Florida, personally appeared Jocelin Maurilus, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
Heather Castiglione
Notary Expires: 10/17/2017

(This area for notarial seal)



HEATHER CASTIGLIONE
Notary Public - State of Florida
My Comm. Expires Oct 17, 2017
Commission # FF 063936



EXHIBIT E