DEBRA L. ANDERSON, REGISTER OF DEEDS
E-RECORDED    **Bk 17557  PG 941**
**Instr # 2017038727**
09/11/2017  03:36:56 PM
Pages 3      YORK CO

**PREPARED BY:**
FEDERAL HOME LOAN MORTGAGE
CORPORATION
1551 Park Run Drive, MS D4G, McLean, VA
22102
**WHEN RECORDED RETURN TO:**
Westcor Land Title Insurance Co
600 W Germantown Ave, Suite 450
Plymouth Meeting, PA 19462

Parcel #: Map 49, Lot 4

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the undersigned, **FEDERAL HOME LOAN MORTGAGE CORPORATION,**
located at 1551 Park Run Drive, MS D4G, McLean, VA 22102, ("ASSIGNOR/GRANTOR"), hereby grants,
conveys, assigns to: **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION
TRUST,** located at: 13801 Wireless Way, Oklahoma City, OK 73134, ("ASSIGNEE/GRANTEE"), all beneficial
interest under that certain **MORTGAGE,** dated **10-14-2005** and executed by **Craig L. Jacobsen, who acquired
title as Craig Jacobsen,** borrower(s) to: **Washington Mutual Bank, FA,** as original lender, and certain instrument
recorded **10-27-2005,** in **Doc # 2005064728, Book 14649, Page 0863,** in the Official Records of **York** County, the
State of **Maine,** given to secure a certain Promissory Note in the amount of **$138,562.00** covering the property
located at **259 Cat Mousam Road, Kennebunk, ME 04043.**
Legal Description:
See Exhibit A, Attached.


TOGETHER with the note or notes therein described and secured thereby, the money due and to become due
thereon, with interest, and all rights accrued or to accrue under said Mortgage including the right to have
reconveyed, in whole or in part, the real property described therein.

**EXHIBIT**

**F**

Dated: August 30, 2017

**ASSIGNOR: FEDERAL HOME LOAN MORTGAGE CORPORATION**

By: *Rebecca Thomas*

Name: *Rebecca Thomas*

Title: *Assistant Treasurer*

State of: *Virginia*

County of: *Fairfax*

Before me, *Alexander M. Ross*, duly commissioned Notary Public, on this day personally appeared *Rebecca Thomas, Assistant Treasurer* of **FEDERAL HOME LOAN MORTGAGE CORPORATION**, known to me (or proved to me on the oath of *known to me* or through *known to me*) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this *30th* day of *August*, 2017.

Alexander M. Ross
Commonwealth of Virginia
Notary Public
Commission No. 7122706
My Commission Expires 11/30/2019

Notary Public's Signature

Printed Name: *Alexander M. Ross*

My Commission Expires: *11/30/2019*

Property Address: 259 Cat Mousam Road, Kennebunk, ME 04043

## Exhibit A: Legal Description

A CERTAIN LOT OR PARCEL OF LAND WITH THE BUILDINGS THEREON ON THE NORTHERLY SIDE OF THE CAT MOUSAM ROAD IN KENNEBUNK, COUNTY OF YORK AND STATE OF MAINE, BOUNDED AND DESCRIBED AS FOLLOWS: BEGINNING AT POINT ON THE NORTHERLY SIDELINE OF CAT MOUSAM ROAD, SAID POINT BEING LOCATED SOUTH 69 DEG 41' 09" EAT A DISTANCE OF 50.37 FEET FROM THE SOUTHWESTERLY CORNER OF PREMISES NOW OR FORMERLY OF TOWNE AS DESCRIBED IN A DEED RECORDED IN BOOK 1978, PAGE 530, YORK COUNTY REGISTRY OF DEEDS: THENCE FROM SAID POINT OF BEGINNING NORTH 69 DEG 41' 09" WEST A DISTANCE OF 34.22 FEET TO A POINT MARKING A HIGHWAY BOUND; THENCE NORTH 20 DEG 19' 03" EAST A DISTANCE OF 0.95 FEET TO A POINT; THENCE RUNNING NORTH 62 DEG 28' 53" WEST A DISTANCE OF 59.70 FEET TO A POINT MARKING THE WESTERLY CORNER OF THE PREMISES HEREIN DESCRIBED AND CONVEYED; THENCE TURNING AND RUNNING NORTH 26 DEG 39' 58" EAST A DISTANCE OF 110.75 FEET TO A POINT MARKING THE NORTHERLY CORNER OF THE PREMISES HEREIN DESCRIBED AND CONVEYED; THENCE TURNING AND RUNNING SOUTH 68 DEG 36' 11" EAST A DISTANCE OF 94.45 FEET TO A POINT MARKING THE EASTERLY CORNER OF THE PREMISES HEREIN DESCRIBED AND CONVEYED; THENCE TURNING AND RUNNING SOUTH 27 DEG 16' 10" WEST BY AND ALONG PREMISES OF MARK JACOBSEN A DISTANCE OF 117.57 FEET TO THE POINT OF BEGINNING. MEANING AND INTENDING TO CONVEY A PORTION ONLY OF THE PREMISES DESCRIBED IN A DEED TO HAMULAK RECORDED IN BOOK 2692, PAGE 28, YORK COUNTY REGISTRY OF DEEDS. APN: MAP 49 LOT 4

I HEREBY CERTIFY THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN YORK COUNTY MAINE REGISTRY OF DEEDS

ATTEST: Wendy Caiazzo
Deputy REGISTRAR

DATED: 12/13/2019