UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | CIVIL ACTION NO: 2:20-cv-00125-JAW |
| Plaintiff | LOCAL RULE 7.1 CORPORATE DISCLOSURE |
| vs. | RE:<br>259 Cat Mousam Road, Kennebunk, ME 04043 |
| Heidi Jacobsen, Personal Representative to the Estate of Craig L. Jacobsen a/k/a Craig Jacobsen | Mortgage:<br>October 14, 2005<br>Book 14649, Page 863 |
| Defendant<br>Department of Treasury - Internal Revenue Service<br>United States Attorney's Office<br>Sanford Institution for Savings n/k/a Partners Bank of New England | |
| Parties-In-Interest | |

**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff submits the following Certificate of Interested Persons and Corporate Disclosure Statement.

**I. Corporate Disclosure**

Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (hereinafter "U.S. Bank Trust"), is a wholly-owned subsidiary of U.S. Bancorp., a publicly-held corporation. No other publicly-held corporation owns 10% or more of its stock.

**II. Interested Persons**

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a party's stock and any other identifiable entities related to any party in this case are as follows:

    Doonan, Graves & Longoria, LLC - Counsel for Plaintiff
    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust - Plaintiff
    Heidi Jacobsen, Personal Representative to the Estate of Craig L. Jacobsen a/k/a Craig Jacobsen - Defendant
    Department of the Treasury - Internal Revenue Service - Party-in-Interest
    Sanford Institution for Savings n/k/a Partners Bank - Party-in-Interest
    United States Attorney`s Office - Party-in-Interest

Dated:  April 13, 2020

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

# CERTIFICATE OF SERVICE

  I, Reneau J. Longoria, Esq. hereby certify that on April 13, 2020, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

                   /s/Reneau J. Longoria, Esq.
                   Reneau J. Longoria, Esq., Bar No. 5746
                   Attorneys for Plaintiff
                   Doonan, Graves & Longoria, LLC
                   100 Cummings Center, Suite 225D
                   Beverly, MA 01915
                   (978) 921-2670
                   RJL@dgandl.com

Department of the Treasury - Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224

Heidi Jacobsen, Personal Representative to the Estate of Craig L. Jacobsen a/k/a Craig Jacobsen
15 Long Beach Avenue, Apt. 35
York, ME 03909

Heidi Jacobsen, Personal Representative to the Estate of Craig L. Jacobsen a/k/a Craig Jacobsen
5826 19th Avenue South
Gulfport, FL 33707

United States Attorney`s Office
c/o Ashley E. Eiler
100 Middle Street
6th Floor, East Tower
Portland, ME 04101

Sanford Institution for Savings n/k/a Partners Bank
900 Main Street
Sanford, ME 04073