UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>HEIDI JACOBSEN, PERSONAL REPRESENTATIVE TO THE ESTATE OF. CRAIG L. JACOBSEN A/K/A CRAIG JACOBSEN, )<br>)<br>Defendant )<br>)<br>AND )<br>)<br>DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE UNITED STATES ATTORNEY'S OFFICE SANFORD INSTITUTION FOR SAVINGS N/K/A PARTNERS BANK OF NEW ENGLAND, )<br>)<br>Parties-In-Interest ) | CIVIL NO. 2:20-cv-00125-JAW<br><br>ACCEPTANCE OF SERVICE |

    1. My name is Laurie F. Janson, and I am a Legal Assistant at the United States Attorney's Office for the District of Maine.

    2. Pursuant to Rule 4 of the Maine Rules of Civil Procedure, I have been authorized to accept service of the Summons and Complaint for Foreclosure by Civil Action for the United States Attorney's Office.

    3. I have received a copy of the summons and complaint in this action and hereby accept service of the same, on behalf of Party-In-Interest, Internal Revenue Service.

    4. By this acceptance of service, on behalf of the United States, I agree to waive the affirmative defenses of insufficiency of process and insufficiency of service of process as to the United States Attorney's Office.

    Dated at Portland, Maine this 8th day of May, 2020.

                                                                                                                                            _____

Laurie F. Janson, Legal Assistant
United States Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, ME 04101
(207) 780-3257
Representative for Party-In-Interest
United States of America